824

*Soboloff, Bessie Margolin* and *Sylvia S. Ellison* for respondent.

No. 142. UNITED MINE WORKERS OF AMERICA ET AL. *v.* PATTON ET AL., DOING BUSINESS AS LAUREL BRANCH COAL CO. C. A. 4th Cir. Certiorari denied. *Harrison Combs* and *M. E. Bojarsky* for petitioners. *Fred B. Greear* for respondents.

No. 143. KEARNEY-TRECKER EMPLOYEES LOCAL 1083, U. A. W.-C. I. O. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied. *Max Raskin* for petitioner. *Solicitor General Soboloff* and *George J. Bott* for the National Labor Relations Board; and *Leon B. Lamfrom* and *Helen F. Humphrey* for the Kearney & Trecker Corporation, respondents.

No. 144. COLLINS *v.* COLLINS. Supreme Court of Pennsylvania, Western District. Certiorari denied. *Craig T. Stockdale* for petitioner.

No. 146. MATHER *v.* JONATHAN WOODNER Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Nathan M. Lubar, Jack L. Friedlander* and *Leonard S. Melrod* for petitioner. *Louis M. Denit, Thomas S. Jackson* and *Martin R. Fain* for respondent.

No. 148. MARCUS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Eugene A. Tappy* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.